UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:  SPENCER RAY TALBOTT ) | |
| ) | Case No. 15-40235-A659 |
| Debtor, ) | |
| ) | Chapter 7 |
| JOHN McCASLIN and ) | |
| CONNIE McCASLIN, ) | |
| ) | Adversary Case No. 15-04104 |
| Plaintiffs ) | |
| ) | Motion No. 1 |
| vs. ) | Response Due: None |
| ) | Hearing Date: None |
| SPENCER RAY TALBOTT, ) | Trial Date/Time: August 18, 2015, |
| ) | at 10:00am |
| ) | Location: US Bankruptcy Court |
| ) | 111 So. 10th Street, St. Louis, MO 63102 |
| Defendant. ) | |

**MOTION FOR RE-ISSUANCE OF SUMMONS**

COME NOW Plaintiffs John McCaslin and Connie McCaslin by counsel and request the re-issuance of the Summons and Notice of Trial issued in this matter on June 9, 2015.  Plaintiffs have diligently attempted personal service on Debtor and have been unsuccessful.  Pursuant to Federal Rules of Bankruptcy Procedure Rule 7004(e) and Local Rule 7004 B, the initial summons has expired.  Plaintiffs shall seek to serve Debtor by U.S. Mail, or by any other lawful method, but require a re-issued Summons for the same.

WHEREFORE, Plaintiffs pray the Court issue to Plaintiffs a re-issued Summons for service on Debtor.

Respectfully submitted,

CAVANAGH & ASSOCIATES, LLC

Date: *July 2, 2015*          By, */s/ Jack J. Cavanagh*
                                JACK J. CAVANAGH      #18087
                                jack@cavhart.com
                                231 South Bemiston Ave., Suite 1020
                                Saint Louis, MO 63105
                                314 721-0900
                                Attorney for Plaintiffs