UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| SPENCER RAY TALBOTT, | ) | Case No. 15-40235-659 |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| JOHN MCCASLIN, and | ) | |
| CONNIE MCCASLIN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | Adv. No. 15-4104-659 |
| | ) | |
| SPENCER RAY TALBOTT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER OF COURT RELATING TO TRIAL

    1. Plaintiffs' Motion For Re-Issuance of Summons is **GRANTED** and this case is re-set for trial:

**September 22, 2015 at 10:00 a.m.**
United States Bankruptcy Court
Thomas F. Eagleton United States Courthouse
**Courtroom 7 North**
111 South Tenth Street
St. Louis, MO  63102

It will be continued and removed from the trial docket only for good cause shown.

    2. All discovery **SHALL** be completed on or before:

**September 8, 2015**

    3. Unless otherwise ordered by the Court, the parties **SHALL** complete the following tasks not later than **FIVE** days prior to trial:

    A.    **STIPULATION OF FACTS**: Prepare and file with the Clerk a **JOINT STIPULATION** of all uncontested facts.

    B.    **WITNESSES**: Exchange the names and file with the Clerk a list of all proposed witnesses.  No party will be permitted to call an unlisted witness, except for good cause shown.

C. **EXHIBITS**: Prepare, mark and exchange sufficient **LEGIBLE** copies of all exhibits to provide copies for the Court and all parties. Exchange an Exhibit List with all parties and file one copy with the Clerk.

D. **STIPULATION OF EXHIBITS**: Stipulate as to which exhibits may be introduced without objection or preliminary identification. File written objections to all other exhibits **THREE** days prior to trial. Any objections not timely made will be considered waived.

E. **DEPOSITIONS AND ANSWERS TO INTERROGATORIES**: Deliver to all parties and to the Clerk a list of all interrogatory answers or parts thereof and depositions or parts thereof (specified by page and line numbers) proposed to be offered in evidence. **THREE** days prior to trial, the parties shall specify in writing any objections to the receipt of such testimony and shall list any additional portions of such depositions not listed by the offering party which the objecting party proposes to offer.

F. **BRIEFS, FINDINGS OF FACT AND CONCLUSIONS OF LAW:** Submit an original and chambers copy (clearly marked) to the Court and a copy to all parties setting forth full, complete, and specific proposed Findings of Fact and Conclusions of Law, together with a trial brief, citing authorities in support of said party's legal theories and discussing any anticipated substantive or procedural problems.

*Kathy A. Surratt-States*

KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: July 8, 2015
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Spencer Ray Talbott
7709 Cloverlea Dr.
Saint Louis, MO 63123

John and Connie Mccaslin
6544 No. Upton Court
Nashville, TN 37209

Jack J. Cavanagh
Cavanagh & Associates, LLC
231 S. Bemiston
Suite 1020
St. Louis, MO 63105