UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re:  SPENCER RAY TALBOTT ) | |
| ) | Case No. 15-40235-A659 |
| Debtor, ) | |
| ) | Chapter 7 |
| JOHN McCASLIN and ) | |
| CONNIE McCASLIN, ) | |
| ) | Adversary Case No. 15-04104 |
| Plaintiffs ) | |
| ) | |
| vs. ) | Response Due: August 8, 2015 |
| ) | Hearing Date: None |
| SPENCER RAY TALBOTT, ) | Trial Date/Time: September 22, 2015, |
| ) | at 10:00am |
| ) | Location: US Bankruptcy Court |
| ) | 111 So. 10th Street, St. Louis, MO 63102 |
| Defendant. ) | |

**CERTIFICATE OF SERVICE OF ALIAS SUMMONS**

COME NOW Plaintiffs John McCaslin and Connie McCaslin by counsel and certify that the Alias Summons issued on July 9, 2015, along with the initial pleadings and orders as required by Rule, were served (a) on Debtor/Defendant by personal service by process server on July 15, 2015, as shown by the Affidavit of the process server attached to this Certificate as Exhibit 1, (b) on Debtor/Defendant by First Class U.S. Mail to Debtor/Defendant on July 10, 2015, and (c) on attorney for Debtor by First Class U.S. Mail, on July 10, 2015.

Respectfully submitted,

CAVANAGH & ASSOCIATES, LLC

Date: *July 22, 2015*          By, */s/ Jack J. Cavanagh*
                                                    JACK J. CAVANAGH     #18087
                                                    jack@cavhart.com
                                                    231 South Bemiston Ave., Suite 1020
                                                    Saint Louis, MO 63105
                                                    314 721-0900
                                                    314 862-5741 Fax
                                                    Attorney for Plaintiffs

### **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Certificate of Service of Alias Summons was sent through the Court's ECF system or mailed by First Class U.S. Mail on July 22, 2015, to the following:

Sean C. Paul
Attorney at Law
8917 Gravois Rd., 2nd Fl
St. Louis, MO 63123
Attorney for Debtor

and

Spencer Ray Talbott
7709 Cloverlea Dr.
Saint Louis, MO 63123
Debtor/Defendant


                                                          */s/ Jack J. Cavanagh*

# St. Louis Investigation & Process Service
P O Box 31321
St Louis, Missouri 63131
314-966-2850
Fax: 314-822-1834

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Robyn Hendricks, being duly sworn, upon my oath, state that I have served a true copy of the attached:

_____ Subpoena

__X__ Summons with Petition

_____ _____

By delivering on the __15th__ July, 2015 to:
__Spencer Talbott__
at __7109 Cloverlea__
__St Louis, MO. 63123__ at __7:55__ AM/PM.

By leaving on the \_\_\_\_ day of July, 2015 for each of the following defendants: _____
at\_\_\_\_\_ AM/PM a copy of the Summons & Petition at the respective dwelling place or abode of said person(s) with_____, family member over the age of 15 years of age at

_____

By_____

Check amount: _____
All done in __St Louis__ City / County, Missouri / Illinois

_Robyn Hendricks_ (signature)
Robyn Hendricks
Subscribed to and sworn before me this __15__ July, 2015.

_Mary S. Guignon_ (signature)
Mary S. Guignon
Notary

MARY S. GUIGNON
Notary Public - Notary Seal
State of Missouri, St Louis City
Commission # ...
My Commission Expires Sep 17, 2018

# UNITED STATES BANKRUPTCY COURT

_____ EASTERN _____ DISTRICT OF _____ MISSOURI _____

**In re**

Spencer Ray Talbott,    **Debtor(s)**

Bankruptcy Case No.
15-40235-659
**Chapter**
7

John Mccaslin,    **Plaintiff(s)**

Spencer Ray Talbott,    **Defendant(s)**

Adversary Proceeding No.
15-04104-659

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## ALIAS SUMMONS AND NOTICE OF TRIAL
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
| --- |
| United States Bankruptcy Court |
| Thomas F. Eagleton Courthouse, 111 S. Tenth Street, Floor 4 |
| St. Louis, MO 63102 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| Jack J. Cavanagh |
| 231 S. Bemiston, Suite 1020 |
| St. Louis, MO 63105        314-721-0900 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom |
| --- | --- |
| United States Bankruptcy Court | 7-North |
| Thomas F. Eagleton Courthouse | **Date and Time** |
| 111 S. Tenth Street | September 22, 2015 |
| St. Louis, MO 63102 | 10:00 AM |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dana C. McWay

*Clerk of the Bankruptcy Court*

July 9, 2015

*Date*

By: _____ John J. Howley Jr. _____

*Deputy Clerk*

I, _____, certify that service of this summons
                  (name)

and a copy of the complaint was made _____ by:
                                     (date)

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: [Describe briefly]                                         (name of state)

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

_____              _____
             *Date*                                                            *Signature*

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |