B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

__Eastern__ District of __Missouri__

In re __Spencer Ray Talbott__
Debtor

Case No. __15-40235__

Chapter __7__

(Complete if issued in an adversary proceeding)

__John McCaslin and Connie McCaslin__
Plaintiff

v.

__Spencer Ray Talbott__
Defendant

Adv. Proc. No. __15-04104__

RECEIVED 2015 JUL 16 AM 8:57

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: __Mr. Joshua Williams, 9120 Tarnwood Drive, Villa Rica, GA 30180__
(Name of person to whom the subpoena is directed)

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE ATTACHED EXIBIT 1 WHICH IS INCORPORATED AS IF FULLY RESTATED HERE.

| PLACE | DATE AND TIME |
|---|---|
| 9120 Tarnwood Drive, Villa Rica, GA 30180 | August 13, 2015, at 11:00 am EDT |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: __July 13, 2015__

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

OR

_[signature] 2803_
*Attorney's signature*

The name, address, email address, and telephone number of the attorney representing (name of party) __John McCaslin, et ux.__, who issues or requests this subpoena, are:

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: _____
on *(date)* _____ .

☒ I served the subpoena by delivering a copy to the named person as follows: Joshua Williams
_____ 7-21-15 _____ on *(date)* 7-21-15 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 7-21-15

Chris Lanning CuL
*Server's signature*

Chris Lanning
*Printed name and title*

1000 Newnan Rd
Carrollton Ga 30112
*Server's address*

Additional information concerning attempted service, etc.:

(...oduce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/13)

# UNITED STATES BANKRUPTCY COURT

_Eastern_ District of _Missouri_

_Spencer Ray Talbott_
**Debtor**

Case No. _15-40235_

Chapter _7_

_(Complete if issued in an adversary proceeding)_

John McCaslin and Connie McCaslin
**Plaintiff**

v.

Spencer Ray Talbott
**Defendant**

Adv. Proc. No. _15-04104_

*2015 JUL 16 AM 8:5? RECEIVED*

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: Escrow Pros, LLC (dissolved), c/o Mr. Joshua Williams, 9120 Tarnwood Drive, Villa Rica, GA 30180

_(Name of person to whom the subpoena is directed)_

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE ATTACHED EXIBIT 1 WHICH IS INCORPORATED AS IF FULLY RESTATED HERE.

| PLACE | DATE AND TIME |
|---|---|
| 9120 Tarnwood Drive, Villa Rica, GA 30180 | August 13, 2015, at 11:00 am EDT |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _July 13, 2015_

CLERK OF COURT

OR

_____          _/s/ Attorney's signature_
Signature of Clerk or Deputy Clerk         Attorney's signature

The name, address, email address, and telephone number of the attorney representing _(name of party)_
John McCaslin, et ux._____, who issues or requests this subpoena, are:

_Jack J. Cavanagh, 231 S. Bemiston Ave, Suite 1020, St. Louis, MO 63105, jack@cavlaw.com, (314)781-9999_

B257 (Form 257 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): ~~[scribbled]~~
on (date) _____ .

☑ I served the subpoena by delivering a copy to the named person as follows: Joshua Williams
~~7-21-15~~ on (date) 7-21-15 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 7-21-15

_____
Server's signature

Chris Lanning
Printed name and title

1000 Newnan Rd
Carrollton GA 30117
Server's address

Additional information concerning attempted service, etc.: